United States Federal Court

District Court of Connecticut


Hull, Jonathan L.

(and on behalf of)

Doe 1, John

Doe 2, John                                    Plaintiffs


v.                                                                    Docket No.: 17-1475


Ponzani, Timothy

Clifton, Barry

Hendrickson, Gregory

Grace Baptist Church

Et al.                                              Defendants


<u>Complaint</u>


Defendants have collectively and separately violated:


42 U.S. Code § 1983 - Civil action for deprivation of rights

42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

42 U.S. Code § 1986 - Action for neglect to prevent

18 U.S. Code § 247 - Damage to religious property; obstruction of persons in the free exercise of religious beliefs

18 U.S. Code § 1201 - Kidnapping

18 U.S. Code § 241 - Conspiracy against rights

18 U.S. Code § 373 - Solicitation to commit a crime of violence

18 U.S. Code § 16 - Crime of violence defined - The term "crime of violence" means—

18 U.S. Code § 373 - Solicitation to commit a crime of violence

18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant

18 U.S. Code § 1510 - Obstruction of criminal investigations

18 U.S. Code § 1509 - Obstruction of court orders

All parties have actively or passively participated in the above crimes.

Damages: $1,000

Emotional Damage